UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KINSALE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>SILVER & KATZ, et al.,<br><br>    Defendants. | Case No. 4:19-cv-07771-KAW<br><br>**ORDER TO FILE DISMISSAL WITHIN 60 DAYS**<br><br>Re: Dkt. No. 12 |

On March 24, 2020, Plaintiff filed a notice of settlement. Accordingly, Plaintiff shall file a dismissal within 60 days of this order, absent any extension ordered by the Court.

Additionally, the case management conference is continued to May 12, 2020. The joint case management statement is due on or before May 5, 2020.

IT IS SO ORDERED.

Dated: March 25, 2020

                                                  KANDIS A. WESTMORE<br>
                                                United States Magistrate Judge